OCT 07 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:26 CR 460 JUDGE KNEPP MAGISTRATE JUDGE CLAY |
| v. | ) | CASE NO. |
| JOSHUA WILLIAM BUSH, | ) | Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D), 922(a)(6) and 1001(a)(2) |
| Defendant. | ) | |

COUNT 1
(Dealing in Firearms Without a License, 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D))

The Grand Jury charges:

1. From on or about March 9, 2026, to on or about September 2, 2026, in the Northern District of Ohio, Western Division, Defendant JOSHUA WILLIAM BUSH, not being a licensed dealer, did willfully engage in the business of dealing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

COUNT 2
(False Statement During Purchase of Firearms, 18 U.S.C. § 922(a)(6))

The Grand Jury further charges:

2. From on or about January 12, 2022, to on or about August 14, 2026, in the Northern District of Ohio, Western Division, Defendant JOSHUA WILLIAM BUSH, in connection with the acquisition of firearms from a licensed dealer, of firearms, within the meaning of Chapter 44, Title 18, United States Code, to wit: Wooden Indian Pawn & Gun in Defiance, Ohio, Fin Feather Fur Outfitters in Rossford, Ohio, Fin Feather Fur Outfitters in Milan, Ohio, and Midwest Shooting Center in Sylvania, Ohio, knowingly made a false or fictitious oral or written statement, which statement was intended and likely to deceive the licensed dealer of firearms as

ORIGINAL

to a fact material to the lawfulness of such sales of the said firearms to Defendant under Chapter 44 of Title 18 in that Defendant falsely represented that he was the actual transferee or buyer of the firearms and was not acquiring the firearms on behalf of another person, in violation of Title 18, United States Code, Section 922(a)(6).

COUNT 3

(Materially False Statement to Department of the United States, 18 U.S.C. § 1001(a)(2))

The Grand Jury further charges:

3. On or about March 9, 2026, in the Northern District of Ohio, Western Division, Defendant, JOSHUA WILLIAM BUSH, did knowingly and willfully make materially false, fictitious, and fraudulent statements in a matter within the jurisdiction of the executive branch of the Government of the United States, by misrepresenting that he obtained background checks for prospective firearms purchasers from local Federal Firearms Licensees to a Bureau of Alcohol, Tobacco, Firearms, and Explosives special agent, when Defendant knew this statement was false, as he later told the same Bureau of Alcohol, Tobacco, Firearms, and Explosives special agent on September 2, 2026 that another person conducts the background checks for prospective firearms purchasers, in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.